ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 2 8 2004
U.S. COURT OF
FEDERAL CLAIMS

KANSAS GAS AND ELECTRIC COMPANY

KANSAS CITY POWER & LIGHT COMPANY

KANSAS ELECTRIC POWER COOPERATIVE, INC.

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-0099C

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiffs, Kansas Gas and Electric Company, Kansas City Power & Light Company, Kansas Electric Power Cooperative, Inc., submit the following corporate disclosure statement.

*Any parent corporation and any publicly held corporation that owns 10% or more of its stock*:

Kansas Gas and Electric Company's parent is Westar Energy, Inc., a publicly held company.

Kansas City Power & Light Company's parent is Great Plains Energy Incorporated, a publicly held company.

Kansas Electric Power Cooperative, Inc.: None.

Respectfully submitted,

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)
*Counsel for Plaintiff*
KANSAS GAS AND ELECTRIC COMPANY,
KANSAS CITY POWER & LIGHT
COMPANY, AND KANSAS ELECTRIC
POWER COOPERATIVE, INC.

January 28, 2004

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban
SPRIGGS & HOLLINGSWORTH