# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **KANSAS GAS & ELECTRIC CO.,** ***et al.,*** Plaintiffs, | * | |
| v. | * | No. 04-99C |
| **THE UNITED STATES,** | * | (Filed Sept. 28, 2004) |
| Defendant. | * | |

## ORDER

Further to the order entered on May 14, 2004,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by October 13, 2004, stating their views with respect to continuance of the stay of discovery in this case; any request for a stay for all proceedings; and their intention with respect to any forthcoming dispositive motion.

s/ Christine O. C. Miller

____________________________________

Christine Odell Cook Miller
Judge