IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KANSAS GAS & ELECTRIC CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-99C |
| | ) | (Judge Christine O.C. Miller) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated September 28, 2004, the parties respectfully file this joint status report "stating their views with respect to continuance of the stay of discovery in this case; any request for a stay of all proceedings; and their intention with respect to any forthcoming dispositive motion."

**Views Regarding Continuance of the Stay of All Proceedings, Including Discovery**

The parties recommend that the Court continue the stay of proceedings, including discovery, and that the stay remain in effect until the United States Court of Appeals for the Federal Circuit issues an opinion in Indiana Michigan Power Co. v. United States, Nos. 04-5122, -5139 (Fed. Cir.), which is currently on appeal from this Court's final judgment dated May 25, 2004.

The parties agree that a continued stay in this case is prudent because, in Indiana Michigan, the Federal Circuit may resolve legal issues applicable to this case. Therefore, resolution of issues in Indiana Michigan may increase the efficiency of this Court's consideration and resolution of the issues in the instant case.

The parties recommend that this Court convene a status conference, after an opinion is issued by the Federal Circuit in Indiana Michigan, to determine further proceedings in this case.[1]

**Views Regarding Forthcoming Dispositive Motions**

The parties do not intend to file dispositive motions during the term of the current stay ending December 31, 2004 and the stay recommended herein.

---

[1/]Defendant notes that in response to this Court's order of September 27, 2004, the plaintiff in the related case of Interstate Power and Light Co. v. United States, No. 04-67C, requested a stay of more definite and limited duration, with the possibility that such a stay could be extended at a later time. The Government agreed to the plaintiff's request in Interstate Power. In the instant case, defendant recommends that proceedings be stayed pending the outcome of the appeal in the Indiana Michigan decision.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Harold D. Lester, Jr./by Stephen Finn
HAROLD D. LESTER, JR.
Assistant Director

Jerry Stouck/by Robert L Shapiro
JERRY STOUCK
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
Tele: (202) 898-5800
Fax: (202) 682-1639

Attorney for Plaintiff

Of Counsel:
Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH

October 13, 2004

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0466
Fax: (202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that on this 13th day of October, 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____s/Stephen Finn__________