# In the United States Court of Federal Claims

*************************************
*
**KANSAS GAS & ELECTRIC CO., et al.,** *
*
Plaintiffs, *
*
v. * No. 04-99C
*
**THE UNITED STATES,** * (Filed Oct. 14, 2004)
*
Defendant. *
*
*************************************

**ORDER**

Further to the order entered on September 28, 2004, and the representations and request made by the parties in their Joint Status Report filed on October 13, 2004,

**IT IS ORDERED**, as follows:

1. The stay of discovery in this case is continued until further order of the court.

2. The parties shall file a Joint Status Report within ten days of a final decision in Indiana Michigan Power Co. v. United States, Nos. 04-5122 & -5139 (Fed. Cir. ).

s/ Christine O.C. Miller
___________________________________
Christine Odell Cook Miller
Judge