IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KANSAS GAS & ELECTRIC COMPANY<br><br>KANSAS CITY POWER AND LIGHT COMPANY<br><br>KANSAS ELECTRIC POWER COOPERATIVE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 04-99C<br>(Judge Christine O.C. Miller) |

JOINT MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT JOINT STATUS REPORT

Pursuant to Rules of the United States Court of Federal Claims 6 and 6.1, the parties respectfully request an enlargement of time in which to file their Joint Status Report required pursuant to this Court's October 14, 2004 Order. This is the first request for an extension of time for this purpose. This Court's Order of October 14, 2004 provides that within 10 days of a "final" decision in *Indiana Michigan Power Co. v. United States,* Nos. 04-5122 &-5139 (Fed. Cir.*),* the parties are to file a Joint Status Report. On September 9, 2005, the United States Court of Appeals for the Federal Circuit issued a decision in *Indiana Michigan Power Co. v. United States, 2005 U.S. App. LEXIS 19461*. To the extent the Court considers the Federal Circuit's decision to be "final," the parties' joint status report is currently due on September 23, 2005.[1]

[1]The parties in *Indiana Michigan* have until October 24, 2005 to file petitions for rehearing and/or suggestion for rehearing *en banc.*

Because the Federal Circuit's decision has the potential to materially affect how the parties will wish to proceed in this case, we require additional time to determine how best to proceed in light of the decision and to confer on the development of an informative joint status report.

An enlargement of 42 days will provide the parties with sufficient time to determine whether further proceedings will be sought in *Indiana Michigan*, and accordingly how to best proceed in the above-captioned matter. Accordingly, the parties jointly request an enlargement of 42 calendar days through November 4, 2005 in which to submit their Joint Status Report.

Respectfully submitted,

s/Jerry Stouck
JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Ave, N.W., Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 331-3101 fax
Counsel for Plaintiffs

Attorney for Plaintiffs

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr. by Todd Hughes
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0466
Fax: (202) 307-2503

Attorneys for Defendant

September 23, 2005

CERTIFICATE OF FILING

I certify that on this 23rd day of September, 2005, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn