IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed on November 4, 2005

| | |
|---|---|
| KANSAS GAS AND ELECTRIC COMPANY,<br><br>KANSAS CITY POWER AND LIGHT COMPANY,<br><br>KANSAS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-99C<br>(Judge Miller) |

UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Pursuant to RCFC 6 and 6.1, and in an abundance of caution to avoid confusion, plaintiffs request an enlargement of time of 31 days, through December 5, 2005, for the parties to file a joint status report. The Court has enlarged the time for this response once previously. Plaintiffs' counsel has discussed this motion with the government's counsel, and the government concurs with this motion.

The Court's Order of October 14, 2004 provides that within ten days of a "final" decision in *Indiana Michigan Power Co. v. United States*, the parties are to file a joint status report. On September 9, 2005, the Federal Circuit issued a decision in *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005). In its previous motion for an enlargement of time for this purpose, plaintiffs noted that an enlargement through today would provide the parties sufficient time to determine whether further proceedings would be

sought in *Indiana Michigan.* In fact, Indiana Michigan has petitioned for rehearing seeking clarification of the Federal Circuit's decision, and that Court has asked the government to respond to that petition by November 9. Because clarifications of the Federal Circuit's decision has the potential to materially affect how the parties will wish to proceed in this case, plaintiffs require additional time to see if the Federal Circuit will amend its decision in *Indiana Michigan* and then determine how best to proceed in light of the decision and to confer with counsel for the government on the development of an informative joint status report.

Accordingly, the parties should have an enlargement of time in which to file a joint status report.

Dated: November 4, 2005

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Ave, N.W., Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiffs
Kansas Gas and Electric Company, Kansas City Power and Light Company, and Kansas Electric Power Cooperative, Inc.

Of Counsel:
Robert L. Shapiro
Greenberg Traurig, LLP