# In the United States Court of Federal Claims

**************************************
*
**KANSAS GAS & ELECTRIC CO., et al.,** *
*
Plaintiffs, *
*
v. * No. 04-99C
*
**THE UNITED STATES,** * (Filed Nov. 28, 2004)
*
Defendant. *
*
**************************************

## ORDER

The Joint Status Report and Motion To Extend Stay filed on November 23, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The stay of discovery in this case is continued until further order of the court.

2. The parties shall file a Joint Status Report by October 2, 2006, unless prior to that date either party considers that a development has occurred in any of the trials or possible appeals that the parties have discussed in their report that would affect the ultimate disposition of this case.

s/ Christine O.C. Miller
___________________________________
Christine Odell Cook Miller
Judge