# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **KANSAS GAS & ELECTRIC CO., *et al.*,** Plaintiffs, | * | |
| v. | * | No. 04-99C |
| **THE UNITED STATES,** | * | (Filed Sept. 14, 2006) |
| Defendant. | * | |

## ORDER

The parties' Joint Status Report to be filed by October 2, 2006, shall state their views with respect to continuance of the stay of discovery in this case and their intention with respect to any forthcoming dispositive motion and/or trial. This is one of approximately 50 cases that have languished for years, pending trials, dispositive motions, and appeals in similar cases. This court is of the view that a continuation of the stay will not serve the best interests of the parties and urges counsel to submit a joint plan for further proceedings or an explanation to justify a continued stay. See attached scathing article concerning how the court has processed these cases.

s/ Christine O. C. Miller

____________________________________

Christine Odell Cook Miller
Judge

cc: Chief Judge Edward J. Damich (w/o att.)