# In the United States Court of Federal Claims

****************************************

**KANSAS GAS & ELECTRIC CO., et al.,**

Plaintiffs,

v. No. 04-99C

**THE UNITED STATES,** (Filed Oct. 2, 2006)

Defendant.

****************************************

## ORDER

The Joint Status Report and Motion To Extend Stay filed on September 29, 2006, is granted, good cause having been shown. Plaintiffs' counsel have represented on the record that they request that this case not move forward, Mr. Stouck's views to the contrary with respect to other cases notwithstanding. Accordingly,

**IT IS ORDERED**, as follows:

1. The stay of discovery in this case is continued until further order of the court.

2. The parties shall file a Joint Status Report by January 29, 2007, unless prior to that date either party considers that a development has occurred in any of the trials or possible appeals that the parties have discussed in their report that would affect the ultimate disposition of this case.

s/ Christine O.C. Miller
___________________________________
Christine Odell Cook Miller
Judge

cc: Chief Judge Edward J. Damich