IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on January 29, 2007

| | |
|---|---|
| KANSAS GAS & ELECTRIC CO., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-99C<br>(Judge O.C. Miller) |

JOINT STATUS REPORT

By Order of October 2, 2006 the Court continued the stay of this case "until further order of the court," and also directed the parties to file a joint status report by January 29, 2007. The parties respectfully submit this report in response to that direction.

As the Court is aware, this is one of approximately 53 cases pending before the Court of Federal Claims arising under contracts (sometimes called the "Standard Contracts") between the Department of Energy ("DOE") and the nuclear utilities for the acceptance and disposal of spent nuclear fuel and high-level radioactive waste. Since this case was filed in January 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed much earlier and that are far more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case substantially more efficient for the parties and the Court.

The Court has appropriately granted the parties' request to stay this case pending guidance in other cases. That course has already borne fruit, as noted in the parties' September 29, 2006 joint status report, because the parties in this case have obtained useful

guidance from the Federal Circuit decisions in two other spent fuel cases, *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005) and in *PSEG Nuclear, LLC v. United States*, 465 F.3d 1343 (Fed. Cir. 2007).

Subsequent to that September 29, 2006 joint status report, there have been significant further developments in several other spent fuel cases. On September 30, 2006, Senior Judge Merow issued a decision awarding damages following trial in the three consolidated "Yankee" cases, *Yankee Atomic Elec. Co v. United States*, 73 Fed. Cl. 249 (2006); on October 13, 2006, Judge Hewitt issued a decision awarding damages following trial in *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006) ("*PG&E*"); and on December 1, 2006, Judge Braden issued a final damages decision following trial in *Sacramento Municipal Utility District v. United States*, 2006 WL 3490940 (Dec. 1, 2006), *see* 70 Fed. Cl. 332 (2006) ("*SMUD*"). In addition, on December 19, 2006, Judge Allegra certified for interlocutory appeal his decision in *Nebraska Public Power District v. United States*, 2006 WL 3754809 (Dec. 19, 2006), finding that the writ of mandamus that the United States Court of Appeals for the District of Columbia Circuit issued in *Northern States Power Co. v. Department of Energy*, 128 F.3d 754 (D.C. Cir. 1997), is void *ab initio*.

Both the *Yankee* and *PG&E* cases are currently on appeal to the Federal Circuit. The time for appeal in the *SMUD* case runs in early February, and a petition for permission to appeal the *Nebraska Public Power* interlocutory decision is currently pending before the Federal Circuit. Therefore, the Federal Circuit will have the opportunity to address the wide range of issues presented in those cases, including issues surrounding the scope of the Department of Energy's "schedule" obligations to accept spent nuclear fuel from the nuclear

utility contract holders. With appropriate guidance from the Federal Circuit in those cases, litigation of this case will be more efficient for both the parties and the Court."

The parties would be pleased to submit a further status report at a future time if the Court believes that would be useful.

Respectfully submitted,

/s/ Jerry Stouck
JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiff*
Kansas Gas and Electric Company, Kansas City Power and Light Company, and Kansas Electric Power Cooperative, Inc.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

/s/ Stephen Finn by Jerry Stouck
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 616-0466 (Telephone)
(202) 307-2503 (Facsimile)
*Counsel for Defendant*

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP

Dated: January 29, 2007