# In the United States Court of Federal Claims

**KANSAS GAS & ELECTRIC CO., et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

No. 04-99C

(Filed Feb. 7, 2007)

## ORDER

The Joint Status Report filed on January 29, 2007, stated that progress has been made in that opinions have issued, appeals taken, and various rulings will be forthcoming on cases impacting the instant one. Accordingly,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by May 25, 2007, unless prior to that date either party considers that a development has occurred in any of the cases that the parties have discussed in their report that warrants lifting the stay or will prompt Mr. Stouck to complain about the length of time in processing this case.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge