IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically Filed on May 25, 2007

| | |
|---|---|
| KANSAS GAS & ELECTRIC CO., et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 04-99C (Judge O.C. Miller) |

JOINT STATUS REPORT

By Order of October 2, 2006, the Court continued the stay of this case "until further order of the Court." By Order filed on February 6, 2007, the Court directed the parties to file a Joint Status Report by May 25, 2007. The parties respectfully submit this report in response to that direction.

As the Court is aware, this is one of approximately 49 cases pending before the Court of Federal Claims arising under contracts (sometimes called the "Standard Contracts") between the Department of Energy and the nuclear utilities for the acceptance and disposal of spent nuclear fuel and high-level radioactive waste. Since this case was filed in January 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed much earlier and that are far more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case substantially more efficient for the parties and the Court.

The Court has granted the parties' request to stay this case pending guidance in other cases. That course has already been beneficial, as noted in the joint status reports previously submitted by the parties, because the parties in this case have obtained useful guidance from two

decisions of the United States Court of Appeals for the Federal Circuit in other spent nuclear fuel cases, *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005) and in *PSEG Nuclear, LLC v. United States*, 465 F.3d. 1343 (Fed. Cir. 2007).

The appeals in the earlier-filed spent fuel cases noted by the parties in their January 29, 2007 Joint Status Report are proceeding along the schedule outlined in that report. The Federal Circuit has consolidated the appeals in the three "Yankee" cases, *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal docketed*, No. 2007-5025 (Fed. Cir. December 7, 2006) and has determined that oral argument in those cases will be held at the same time as the argument in *Pacific Gas & Elec. Co. v. United* States, 73 Fed. Cl. 333 (2006), *appeal docketed*, No. 2007-5046 (Fed. Cir. Jan. 24, 2007). The parties in those cases have filed their first round of appellate briefs, and are expected to file their second round of briefs next month. Similarly, the government's appellate brief in *Sacramento Municipal Utility District v. United States*, 74 Fed. Cl. 727 (2006), *appeal docketed*, No. 2007-5097 (Fed. Cir. April 13, 2007) was filed on May 22, 2007. In addition, the Federal Circuit granted interlocutory review in the *Nebraska Public Power District. v. United States*,74 Fed. Cl. 762 (2006), *appeal docketed*, No. 2007-M843 (Fed. Cir. January 8, 2007) and the appellant filed its brief on May 14, 2007. The opportunity for the Federal Circuit to address the wide range of issues presented in those cases, is progressing. With appropriate guidance from the Federal Circuit in those cases, litigation of this case will be more efficient for both the parties and the Court.

Respectfully submitted,

/s Jerry Stouck
JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiff*
Kansas Gas and Electric Company, Kansas City Power and Light Company, and Kansas Electric Power Cooperative, Inc.

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP

Dated: May 25, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

/s Stephen Finn by Jerry Stouck
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
Washington, DC 20530
(202) 616-0466 (Telephone)
(202) 307-2503 (Facsimile)
*Attorneys for Defendant*

*WDC 371433878v1 5/24/2007*