# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **KANSAS GAS & ELECTRIC CO., *et al.*,** Plaintiffs, | * | |
| v. | * | No. 04-99C |
| **THE UNITED STATES,** Defendant. | * | (Filed Oct. 30, 2007) |

## ORDER

The Joint Status Report filed on October 25, 2007, reported on the progress in all the live SNF cases, among which this cannot be included. The parties request continuance of the stay. Accordingly,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by June 25, 2008, unless prior to that date either party considers that a development has occurred in any of the cases that the parties have discussed in their report that warrants lifting the stay. The date that the parties proposed for filing of this report, September 2008, is unacceptable, as it would leave this case aging without judicial supervision for eleven months.

s/ Christine O.C. Miller

____________________________________

Christine Odell Cook Miller
Judge