**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KANSAS GAS & ELECTRIC COMPANY,<br><br>KANSAS CITY POWER AND LIGHT COMPANY,<br><br>KANSAS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-099C<br><br>(Judge Miller)<br><br>Filed electronically: December 13, 2007 |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Kansas Gas & Electric Company, *et al.* hereby provides notice that his contact information has changed. The new contact information is set forth below:

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
stouckj@gtlaw.com

Of Counsel:
Robert Shapiro
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3174
(202) 261-4752 fax
shapiror@gtlaw.com

All future communication should be addressed as such.

Dated: December 13, 2007

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
GREENBERG TRAURIG, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
KANSAS GAS & ELECTRIC COMPANY, *et al.*

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP