IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically Filed on June 25, 2008

| | |
|---|---|
| KANSAS GAS & ELECTRIC CO., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-99C<br>(Judge O.C. Miller) |

JOINT STATUS REPORT

By Order of October 2, 2006, the Court continued the stay of this case "until further order of the Court." By Order filed on October 25, 2007, the Court directed the parties to file a Joint Status Report by June 25, 2008. The parties respectfully submit this report in response to that direction.

As the Court is aware, this is one of approximately 48 cases pending before the Court of Federal Claims arising under contracts (sometimes called the "Standard Contract") between the Department of Energy ("DOE") and the nuclear utilities for the acceptance and disposal of spent nuclear fuel and high-level radioactive waste. Since this case was filed in January 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed much earlier and that are far more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case substantially more efficient for the parties and the Court.

The Court previously and appropriately has extended the stay of proceedings in anticipation of guidance on the "schedule" on which DOE was required to accept spent fuel from utilities. On February 4, 2008, a single panel of the Federal Circuit heard oral argument in the

*Yankee, PG&E* and *SMUD* appeals. *Yankee Atomic Elec. Co. v. United States,* Nos. 2007-5025, 2007-5031; *Connecticut Yankee Atomic Power Co. v. United States*, Nos. 2007-5027, 2007-5033; *Maine Yankee Atomic Power Co. v. United States,* Nos. 2007-5026, 2007-5032; *Pacific Gas and Elec. Co. v. United States*, No. 2007-5046; *Sacramento Municipal Utility District v. United States*, Nos. 2007-5052, -5097. Accordingly, the Federal Circuit is likely to issue decisions in those appeals later this year. Those decisions are likely to provide guidance on the schedule issues.[1]

As the parties have noted previously, a continued stay pending additional guidance on the schedule issues is particularly appropriate in this case. Plaintiff's damages claim to date is relatively small compared to some of the other spent fuel plaintiffs who have been required to incur larger costs to add to their spent fuel storage capacity due to the government's delay in performance. Moreover, due to the relatively large size of its comparatively newer spent fuel storage pool, plaintiff will likely not have to incur large amounts of additional damages to increase its spent fuel storage capacity for a number of years. Indeed, plaintiff only filed this action when it did because it was required to do so by the applicable statute of limitations. Nevertheless, resolution of plaintiff's damages claim would require the parties and the Court to address many of the same "schedule" issues as are pending decision in the other spent fuel cases pending before the Federal Circuit. Moreover, as shown by the experience in those cases, litigating the schedule issues is, or at least can be, time-consuming and costly. Furthermore, the litigation of these issues has frequently involved testimony from exactly the same witnesses for both the government and the plaintiff utility in each case. Thus, the parties and the Court should

[1] In addition to the *Yankee, SMUD* and *PG&E* appeals, an interlocutory review of certain issues regarding potential contractual defenses by the government is also currently pending before the Federal Circuit in *Nebraska Public Power District v. United States*, No. 2007-5083, in which oral argument was heard on December 3, 2007.

not be required to engage in the costly and repetitive effort to litigate the schedule issues at this time to adjudicate plaintiff's relatively small current claim for damages.

For these reasons, the parties jointly request that the stay of proceedings in this case not be disturbed. The parties suggest that the Court set November 20, 2008 as the date for the next joint report to the Court as to how the parties wish to proceed. By that time, it is likely that the Federal Circuit will have issued decisions on the appeals noted above; thus, the parties will be in a better position to inform the Court of how they wish to proceed.

Respectfully submitted,

/s Jerry Stouck
JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiff*
Kansas Gas and Electric Company, Kansas City Power and Light Company, and Kansas Electric Power Cooperative, Inc.

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP

Dated: June 25, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

/s Stephen Finn by Jerry Stouck
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
Washington, DC 20530
(202) 616-0466 (Telephone)
(202) 307-2503 (Facsimile)
*Attorneys for Defendant*

*WDC 371,645,208v2 6-25-08*