# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **KANSAS GAS & ELECTRIC CO., *et al.*,** Plaintiffs, | | |
| v. | | No. 04-99C |
| **THE UNITED STATES,** Defendant. | | (Filed June 25, 2008) |

## **ORDER**

Further to the Joint Status Report filed this date, the parties' request to continue the stay is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The stay in this case is continued pending further order of the court.

2. The parties shall file a Joint Status Report by November 20, 2008, reporting on developments in the cases before the United States Court of Appeals for the Federal Circuit, unless prior to that date either party considers that a development has occurred in any of the appeals that the parties have discussed in their report that would affect the ultimate disposition of this case.

s/ Christine O.C. Miller
__________________________________
Christine Odell Cook Miller
Judge

cc: Chief Judge Edward J. Damich